JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HOLSTON and INGRID HOLSTON,<br><br>           Plaintiffs,<br><br>     v.<br><br>INDIAN HARBOR INSURANCE COMPANY; TRAVELERS INSURANCE COMPANY; and DOES 1-50,<br><br>           Defendants. | Case No. 2:23-cv-00851 AB (MRWx)<br><br>Judge: Hon. André Birotte, Jr.<br>Mag. Judge: Hon. Michael R. Wilner<br><br>[PROPOSED]<br>**ORDER GRANTING JOINT STIPULATION TO DISMISS**<br><br>Final Status Conference: Not Set<br>Trial Date:               Not Set |

## ORDER OF THE COURT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ernest and Ingrid Holston ("Plaintiffs") and Defendant Constitution State Services LLC (erroneously sued as Travelers Insurance Company) ("Defendant"), jointly stipulated to dismiss Plaintiffs' complaint against this Defendant in the above-captioned action [Dkt. 18]. All parties will bear their own costs and attorneys' fees.

After consideration of the parties' joint stipulation and all other matters presented to this Court, **IT IS HEREBY ORDERED THAT**:

The parties' Joint Stipulation to Dismiss is **GRANTED**. All parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  April 10, 2023

The Honorable André Birotte Jr.
United States District Judge