JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HOLSTON and INGRID HOLSTON,<br><br>             Plaintiffs,<br><br>    v.<br><br>INDIAN HARBOR INSURANCE COMPANY; TRAVELERS INSURANCE COMPANY; and DOES 1-50,<br><br>             Defendants. | Case No. 2:23-CV-00851-AB-MRW<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

The Court having considered the Parties' Joint Stipulation to Dismiss Action with Prejudice, hereby **ORDERS** the above-captioned action dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  October 17, 2023

_____
Honorable André Birotte Jr.
United States District Judge